IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-51587

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 27, 2009

Charles R. Fulbruge III
Clerk

AVINASH RANGRA; ANNA MONCLOVA

Plaintiffs-Appellants

vs.

FRANK D. BROWN, District Attorney; GREG ABBOTT, Texas Attorney
General

Defendants-Appellees

- - - - -
Appeal from the United States District Court for the
Western District of Texas
- - - - -

ON PETITIONS FOR REHEARING EN BANC

(Opinion April 24, 2009, 5 Cir., 2009, _____F.3d____)

(July 27, 2009)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
BARKSDALE, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT,
PRADO, OWEN, ELROD, SOUTHWICK and HAYNES, Circuit
Judges.

BY THE COURT:

A member of the court having requested a poll on the
petitions for rehearing en banc, and a majority of the circuit
judges in regular active service and not disqualified having
voted in favor,

It is ordered that this cause shall be reheard by the court
en banc with oral argument on a date hereafter to be fixed.  The
Clerk will specify a briefing schedule for the filing of
supplemental briefs.